AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MEOWINGTONS, LLC a Florida limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOEL ZIMMERMAN p/k/a DEADMAU5, an individual; PROF. MEOWINGTONS LTD., and RONICA HOLDINGS LTD., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO: 17-cv-60521-MOORE/McAliley |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOEL ZIMMERMAN p/k/a DEADMAU5
16000 Ventura Boulevard, Suite 600
Encino, California 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael I. Santucci, Esq.
Santucci Priore, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 14, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

MEOWINGTONS, LLC, a Florida limited liability company,

*Plaintiff(s)*

v.

JOEL ZIMMERMAN p/k/a DEADMAU5, an individual; PROF. MEOWINGTONS, LTD., and RONICA HOLDINGS LTD.,

*Defendant(s)*

CASE NO: 17-cv-60521-MOORE/McAliley

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PROF. MEOWINGTONS LTD.
16000 Ventura Boulevard, Suite 600
Encino, California 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael I. Santucci, Esq.
Santucci Priore, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 14, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MEOWINGTONS, LLC, a Florida limited liability company,

*Plaintiff(s)*

v.

JOEL ZIMMERMAN p/k/a DEADMAU5, an individual; PROF. MEOWINGTONS LTD. and RONICA HOLDINGS LTD.,

*Defendant(s)*

CASE NO: 17-cv-60521-MOORE/McAliley

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joel Zimmerman p/k/a Deadmau5
8160 Twiss Road
Milton, Ontario L0P 1B0

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael I. Santucci, Esq.
Santucci Priore, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 14, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

MEOWINGTONS, LLC, a Florida limited liability company,

*Plaintiff(s)*

v.

JOEL ZIMMERMAN p/k/a DEADMAU5, an individual; PROF. MEOWINGTONS, LTD., and RONICA HOLDINGS LTD.,

*Defendant(s)*

CASE NO: 17-cv-60521-MOORE/McAliley

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RONICA HOLDINGS LTD.
16000 Ventura Boulevard, Suite 600
Encino, California 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael I. Santucci, Esq.
Santucci Priore, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 14, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts