**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 17-cv-60521-MOORE/MCALILEY

MEOWINGTONS, LLC,
a Florida limited liability company,

       Plaintiff,

vs.

JOEL ZIMMERMAN p/k/a DEADMAU5,
an individual; PROF. MEOWINGTONS,
LTD.; and RONICA HOLDINGS LTD.,

       Defendants.
_____/

PROF. MEOWINGTONS LTD.,

       Counter-Plaintiff,

v.

EMMA BASSIRI, an individual;
SCOTT HUTCHISON, an individual; and
MEOWINGTONS, LLC

       Counter-Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant MEOWINGTONS, LLC, Counter-Defendants EMMA BASSIRI and SCOTT HUTCHINSON, Defendants JOEL ZIMMERMAN p/k/a DEADMAU5 and RONICA HOLDINGS LTD., and Defendant/Counter-Plaintiff PROF. MEOWINGTONS LTD., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action including all claims and counterclaims with prejudice pursuant to the Confidential Settlement Agreement and Mutual Release executed by the parties, which

2

bears an effective date March 1, 2018. Each party agrees to bear its own attorney's fees and costs. This stipulation for dismissal of the action is contingent upon the Court retaining of jurisdiction to enforce the terms of the parties' Settlement Agreement.

# [PROPOSED] ORDER OF DISMISSAL

THIS CAUSE came before the Court on the foregoing Stipulation of Dismissal in the above styled cause. Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This case is hereby dismissed;

2. Each party shall bear its own attorney's fees and costs;

3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

DONE AND ORDERED in Miami, Florida, this ____ day of _____, 2018.

_____
HONORABLE K. MICHAEL MOORE
United States District Judge

Respectfully submitted,

s/ Joshua D. Martin_____
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
**JOHNSON & MARTIN, P.A.**
500 W. Cypress Creek Road, Suite 430
Fort Lauderdale, Florida 33309
Telephone (954) 790-6699
Facsimile (954) 206-0017

Dated: March 2, 2018

*Counsel for Defendants and Counter-Plaintiff*

Respectfully submitted,

s/ Michael I. Santucci_____
Michael Santucci
Florida Bar No. 0105260
mis@500law.com
**SANTUCCI PRIORE, P.L.**
200 South Andrew Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475

Dated: March 2, 2018

*Counsel for Plaintiff and Counter-Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 2nd day of March 2018, that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. Also certify that the foregoing document and the notice of electronic filing is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Michael I. Santucci*
Michael I. Santucci (FBN: 0105260)
E-mail: mis@500law.com

## SERVICE LIST

*MEOWINGTONS, LLC v. JOEL ZIMMERMAN p/k/a DEADMAU5, et al.*
**Case No: 17-cv-60521-KMM**

Joshua D. Martin
Florida Bar No.: 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Attorney for Defendants*
Service via CM/ECF

Irene Y. Lee (admitted *pro hac vice*)
E-mail: ilee@raklaw.com
Nathan D. Meyer (admitted *pro hac vice*)
E-mail: nmeyer@raklaw.com
Jean Y. Rhee (admitted *pro hac vice*)
E-mail: jrhee@raklaw.com
Shani Williams (admitted *pro hac vice*)
E-mail: swilliams@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Service via CM/ECF